UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILOMENA GARCIA, an individual

    Plaintiff,

v.                                        Case No:   2:18-cv-790-FtM-99UAM

CITY OF CAPE CORAL,

    Defendant.

| Judge: | Douglas N. Frazier | Counsel for Plaintiff | Kristie Ann Scott |
|---|---|---|---|
| Deputy Clerk: | Wendy Winkel | Counsel for Defendant: | Robert C. Shearman |
| Court Reporter | Digital | Interpreter | None |
| Date/Time | February 21, 2019 10:00 – 10:15 AM | Total Time | 15 minutes |

### Preliminary Pretrial Conference

**Proceedings**:
Preliminary Pretrial Conference

**Findings/Rulings:**
Court discussed case management and scheduling deadlines and other issues regarding case management, including E-Discovery, Confidentiality Agreements, Settlement Conference before a Magistrate Judge and disclosure of expert reports.

Scheduling Order to issue